UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREAT AMERICAN INSURANCE
COMPANY,

                             Plaintiff,

  -against-                            Civil Action No. 19-cv-1055 (KMK)

HOULIHAN LAWRENCE INC.,

                             Defendant.
------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Shari B. Hochberg dated March 12, 2020, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing and Instructions, Shari B. Hochberg hereby withdraws her individual appearance in the above-captioned matter. Robert James Boller and Charles Paul Edwards of Barnes & Thornburg, LLP will remain as counsel of record to defendant.

Dated: White Plains, New York
        March 12, 2020

                                      **DELBELLO DONNELLAN WEINGARTEN WISE &**
                                      **WIEDERKEHR, LLP**
                                      *Attorneys for Defendant*

                                      By: /s/ *Shari B. Hochberg*
                                         Shari B. Hochberg
                                         One North Lexington Avenue, 11th Fl.
                                         White Plains, New York 10601
                                         Telephone: (914) 681-0200
                                         Email: shochberg@ddw-law.com

SO ORDERED:

_____     3/12/20
The Honorable Kenneth M. Karas     Date
United States District Judge