



Eric C. Weissman
eric.weissman@ropers.com

750 Third Avenue
25th Floor
New York, NY 10017
o 212.668.5927
f 212.668.5929
ropers.com

October 1, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Great American Ins. Co. v. Houlihan Lawrence, Inc.*
           Civil Action No.: 19-cv-1055

Dear Judge Karas:

    This firm represents Great American Insurance Company ("GAIC") in connection with the above referenced litigation. On behalf of GAIC and defendant Houlihan Lawrence, Inc. ("HL"), I write to advise the Court that GAIC is in the process of reviewing over $2 million in defense costs invoices submitted by HL and should be in the position to make a substantial payment to HL in the coming weeks. Given that the parties have continued to work well together, we respectfully request that the Court adjourn the conference scheduled for October 2, 2020 for an additional thirty (30) days so that any payment issues can be worked through.

    The parties are available to discuss at the Court's convenience.

Denied as untimely.

So Ordered
10/1/20

Respectfully submitted,

Eric C. Weissman

cc:    All Counsel of Record

4820-3918-2797.1

BOSTON  COSTA MESA  LAS VEGAS  LOS ANGELES  NEW YORK  PARIS  REDWOOD CITY  SAN FRANCISCO  SAN JOSE  SEATTLE  WALNUT CREEK

ropers.com