UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
GREAT AMERICAN INSURANCE
COMPANY,

        Plaintiff,

    -against-

HOULIHAN LAWRENCE INC.,

        Defendant.
------------------------------------- X

**INDEX NO. 19-cv-1055 (KMK)**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) AND ORDER OF DISMISSAL

Plaintiff Great American Insurance Company and Defendant Houlihan Lawrence, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: New York, New York
       March 13, 2024

**ROPERS MAJESKI, P.C.**

By: _/s/ Geoffrey W. Heineman_
Geoffrey W. Heineman
750 Third Avenue, 25th Floor
New York, NY 10017
(212) 668-5927

*Attorneys for Plaintiff*

**BARNES & THORNBURG, LLP**

By: _/s/ Charles Edwards_
Charles Edwards
11 S. Meridian Street
Indianapolis, Illinois 46204-3535
(317) 236-1313

*Attorneys for Defendant*

4871-6214-9290.1

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated March 15, 2024

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE